IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,
ADC #138119                                                                              PLAINTIFF

v.                              No. 5:14-cv-92-DPM-BD

ALBERT KITTRELL, Psychiatrist, ADC;
RAVI MEHTA, Psychiatrist, ADC; KATHRYN
BOWMAN, Psychiatrist for ADC; M. RECTOR,
Psychologist, ADC; SHAWN RICHARD,
Psychiatrist, ADC; and WENDY KELLEY                                       DEFENDANTS

ORDER

Unopposed recommendation, № 25, adopted as modified. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Stricklin mentioned Kittrell in his grievance, № 1 at 15; but the complaint and all attachments make plain that Kittrell saw Stricklin only once in 2008, not regularly since then. Stricklin's claims against Kittrell are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 July 2014