IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,                                              PLAINTIFF
ADC #138119

v.                              No. 5:14-cv-92-DPM-BD

RAVI MEHTA, Psychiatrist, ADC;
KATHRYN BOWMAN, Psychiatrist, ADC;
M. RECTOR, Psychologist, ADC;
SHAWN RICHARD, Psychiatrist, ADC; and
WENDY KELLEY                                                     DEFENDANTS

ORDER

Unopposed recommendation, № 41, adopted. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Stricklin's claims against Bowman are dismissed with prejudice. The Court notes Stricklin's mail has been returned as undeliverable for several months. № 29 & 37 & 39 & 40 & 42. Stricklin should provide the Court with an updated address by 21 August 2014 or his complaint will be dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 August 2014