IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                             PLAINTIFF
ADC #138119

v.                            No. 5:14-cv-92-DPM-BD

RAVI MEHTA, Psychiatrist, ADC;                                  DEFENDANTS
M. RECTOR, Psychologist, ADC;
SHAWN RICHARD, Psychiatrist, ADC;
and WENDY KELLEY

ORDER

The Court ordered Stricklin to update his mailing address by 21 August 2014 or face dismissal of this lawsuit. № 43. That date has passed without word from him. Stricklin's claims against Mehta, Richard, and Kelley are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2014