IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN    PLAINTIFF
ADC #138119

v.    No. 5:14-cv-92-DPM-BD

ALBERT KITTRELL, Psychiatrist, ADC;    DEFENDANTS
RAVI MEHTA, Psychiatrist, ADC;
KATHRYN BOWMAN, Psychiatrist, ADC;
M. RECTOR, Psychologist, ADC;
SHAWN RICHARD, Psychiatrist, ADC;
and WENDY KELLEY

## JUDGMENT

The claims against Kittrell and Bowman are dismissed with prejudice. Those against Mehta, Rector, Richard, and Kelley are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2014